

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2020

No. 04-20-00527-CV

**IN RE** Stephanie **AUBUCHON**

Original Mandamus Proceeding[1]

**ORDER**

On October 29, 2020, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 25, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-06126, styled *In the Interest of L.C.M. and M.J.M., Children*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Michael Mery signed the temporary orders at issue in this original proceeding.